IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 13 |
| Janet Heeter | : | CASE NO: 17-54260 |
| | : | |
| Debtor | : | |
| | : | |

**APPRAISAL OF PROPERTY**

                Respectfully Submitted,

                /s/ Justin Albright
                Justin Albright
                5 East Long Street, Suite 300
                Columbus, Ohio 43215
                (614) 228-4480
                (614) 228-4440 fax