# Data For Parcel A0520460000100

## Valuation Data

| | |
|---|---|
| Parcel: | A0520460000100 |
| Owner: | HEETER JANET L |
| Address: | 521 E MAIN |



[+] Map this property.

### Current Valuation (Tax Year 2016 Payable 2017)

| | Appraised | Assessed |
|---|---|---|
| Land Value: | $16,110.00 | $5,640.00 |
| Building Value: | $47,850.00 | $16,750.00 |
| Total Value: | $63,960.00 | $22,390.00 |
| CAUV Value: | $0.00 | |
| Taxable Value: | $22,390.00 | |

### Previous Valuation (Tax Year 2015 Payable 2016)

| | Appraised | Assessed |
|---|---|---|
| Land Value: | $16,110.00 | $5,640.00 |
| Building Value: | $47,850.00 | $16,750.00 |
| Total Value: | $63,960.00 | $22,390.00 |
| CAUV Value: | $0.00 | |
| Taxable Value: | $22,390.00 | |

### Valuation History

| Tax Year | Appraised Land Value | Appraised Building Value | CAUV Value | Appraised Total Value |
|---|---|---|---|---|
| 2015 | $16,110.00 | $47,850.00 | $0.00 | $63,960.00 |
| 2014 | $16,110.00 | $47,850.00 | $0.00 | $63,960.00 |
| 2013 | $16,110.00 | $52,040.00 | $0.00 | $68,150.00 |
| 2010 | $17,570.00 | $52,430.00 | $0.00 | $70,000.00 |

*GIS parcel shapefile last updated 6/7/2017 5:10:20 AM.*
*CAMA database last updated 6/6/2017 6:08:02 AM.*