I Daniel Heeter agree to Help Janet Heeter with $1800.00 per month to help her pay her bills

\*

Daniel E Heeter

Sworn to and Subscribed in my presence Daniel E. Heeter on this the 5th day of July, 2017

Kelly J. Hart
Kelly J Hart  July 5, 2017



Kelly J. Hart
Notary Public, State of Ohio
My Commission Expires 3/26/20
Section 147.03 R.C.