**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Janet Heeter | : | Case No. 17-54260 |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Preston |

**SPECIAL LIMITED NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES ON BEHALF OF**
**STATE OF OHIO DEPARTMENT OF TAXATION**

    PLEASE TAKE NOTICE that the State of Ohio, Department of Taxation appears herein by its Counsel, ERIN M. DOOLEY, for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

> Erin M. Dooley
> The Law Office of Charles Mifsud, LLC
> 6305 Emerald Parkway
> Dublin, OH 43016
> Phone – (614) 389-6357
> Fax – (614) 389-2294

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio.

    This Special Limited Notice of Appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders, reports and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Court's jurisdiction over the State of Ohio. Accordingly, this Special Limited Notice of Appearance does not constitute a waiver of sovereign immunity by the State of Ohio or any of its departments, agencies, boards or instrumentalities.

> Respectfully submitted,
> /s/ Erin M. Dooley
> Brian M. Gianangeli (0072028)
> Erin M. Dooley (0089092)
> THE LAW OFFICE OF CHARLES MIFSUD, LLC
> Special Counsel to the Attorney General
> 6305 Emerald Parkway
> Dublin, OH 43016
> Phone – (614) 389-6357
> Fax – (614) 389-2294
> Attorney for The State of Ohio,
> Department Of Taxation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by US Mail and/or electronically via ECF, this 2nd day of August, 2017 upon the following:

| | |
|---|---|
| Janet Heeter<br>521 E. Main St.<br>Circleville, OH 43113 | Office of the U.S. Trustee<br>170 North High Street, Suite 200<br>Columbus, OH  43215-2417 |
| Justin C. Albright<br>Rauser & Associates<br>5 East Long St. Suite 300<br>Columbus, OH 43215 | Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085 |

/s/ Erin M. Dooley
Erin M. Dooley  (0089092)