UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT COURT
EASTERN DIVISION

In Re:                                             Case No. 17-54260

Debtor(s): Janet Heeter                            Chapter 13

                                                   Judge Preston

## APPRAISAL OF PROPERTY

Respectfully submitted,

/s/  Anne Marie Rouault
Anne Marie Rouault
Real Sharp Realty
2190 James Road
Granville, OH 43023

# Comparable Market Analysis

## 521 E. Main St, Circleville, OH, 43113

**Prepared for Janet Heeter—Saturday, May 14, 2016**





**Anne M Rouault**
**Real Sharp Realty**
2190 James Rd.
Granville, OH 43023
614-832-2873
annemarie@realsharprealty.com
http://www.RealSharpRealty.com
License #: 2014005370

**COMMENTS**

United States Bankruptcy Court

Rauser and Associates

Janet Heeter
521 E. Main St
Circleville, OH 43113

Case - 17-54260

# Map of Subject And Comparable Properties



● Active    ● Sold    ● Pending    ● Withdrawn    ● Cancelled    ● Expired

|   | Address | MLS # | Status | Distance from Subject |
|---|---|---|---|---|
| Subject | 521 E. Main St Circleville OH 43113 |  |  |  |
| 1 | 351 E Franklin Street , Circleville OH 43113 | 216037678 | Closed | 0.32m |
| 2 | 239 E OHIO Street , Circleville OH 43113 | 216042391 | Closed | 0.69m |
| 3 | 162 Watt Street , Circleville OH 43113 | 217002392 | Closed | 0.59m |

# Subject



| | |
|---|---|
| Address | 521 E. Main St |
| | Circleville, OH 43113 |
| Subdiv/Cmplx/Comm | |
| School District | Circleville CSD |
| Year Built | 1900 |
| Bedrooms | 2 |
| Baths F.H | 1.0 |
| SqFt Tax Record | 1,540 |
| Garage/EnclosdSpaces | 2 |
| Sub-Type | Single Family Freestanding |
| Style | Cape Cod |
| Acreage | .124 |
| Taxes (Yrly) | 606.96 |
| Tax Year | 2016 |

# Comparable Properties

|  | Subject | 216037678 | | 216042391 | | 217002392 | |
|---|---|---|---|---|---|---|---|
|  |  |  | |  | |  | |
|  | **521 E. Main St** **Circleville OH 43113** | **351 E Franklin Street** **Circleville OH** | | **239 E OHIO Street** **Circleville OH** | | **162 Watt Street** **Circleville OH** | |
| Distance From Subject |  | 0.32 | | 0.69 | | 0.59 | |
| List Price |  | $107,000 | | $94,000 | | $82,900 | |
| Original List Price |  | $129,000 | | $94,000 | | $82,900 | |
| Sold Price |  | $109,000 | | $96,900 | | $74,000 | |
| Status |  | Closed | | Closed | | Closed | |
| Status Date |  | 06/16/2017 | | 04/06/2017 | | 04/10/2017 | |
| Days on Market |  | 180 | | 23 | | 46 | |
| Cumulative Days on Market |  | 180 | | 23 | | 46 | |
| **Adjustment** |  |  | +/- |  | +/- |  | +/- |
| Subdiv/Cmplx/Comm |  |  |  |  |  |  |  |
| School District | Circleville CSD | CIRCLEVILLE CSD 6501 PIC CO. | | CIRCLEVILLE CSD 6501 PIC CO. | | CIRCLEVILLE CSD 6501 PIC CO. | |
| Year Built | 1900 | 1900 | | 1900 | | 1900 | |
| Bedrooms | 2 | 3 | | 3 | | 2 | |
| Baths F.H | 1 | 1.1 | -3000 | 1.1 | -3000 | 1.1 | -3000 |
| SqFt Tax Record |  | 1,668 | -3000 | 1,351 | +5000 | 1,470 | +1500 |
| Garage/EnclosdSpaces | 2 | 2 | | 1 | +3000 | 0 | +6000 |
| Sub-Type | Single Family Freestanding | Single Family Freestanding | | Single Family Freestanding | | Single Family Freestanding | |
| Style | Cape Cod | 2 Story | | 2 Story | | 2 Story | |
| Acreage | 0.12 | 0.12 | | 0.2 | | 0.05 | |
| Taxes (Yrly) | 606.96 | 1,880 | | 1,783 | | 1,309 | |
| Tax Year | 2016 | 2015 | | 2015 | | 2016 | |
| Address |  |  | -10000 |  | -10000 |  | -10000 |
| **Adjusted Price** |  |  | **$93,000** |  | **$91,900** |  | **$68,500** |
| Price Per Bedrooms | 42,233.50 | $31,000.00 | | $30,633.33 | | $34,250.00 | |
| Price Per Baths F.H | 84,467.00 | $84,545.45 | | $83,545.45 | | $62,272.73 | |
| Price Per SqFt Tax Record | 54.85 | $55.76 | | $68.02 | | $46.60 | |

# Price Analysis

## Summary of Closed Listings

| MLS # | Address | List Price | DOM | CDOM | Sold Date | Sold Price | Total Adjustments | Adjusted Price |
|---|---|---|---|---|---|---|---|---|
| 216037678 | 351 E Franklin Street, Circleville OH | $107,000 | 180 | 180 | 06/16/2017 | $109,000 | $-16,000 | $93,000 |
| 216042391 | 239 E OHIO Street, Circleville OH | $94,000 | 23 | 23 | 03/06/2017 | $96,900 | $-5,000 | $91,900 |
| 217002392 | 162 Watt Street, Circleville OH | $82,900 | 46 | 46 | 04/06/2017 | $74,000 | $-5,500 | $68,500 |

## Low, Average, Median, and High Comparisons

| | Closed | Overall |
|---|---|---|
| Low | $68,500 | $68,500 |
| Average | $84,467 | $84,467 |
| Median | $91,900 | $91,900 |
| High | $93,000 | $93,000 |

## Overall Market Analysis (Unadjusted)

| Status | # | List Vol. | Avg. List Price | Sold Vol. | Avg. Sold Price | Avg. Sale/List Price | Avg. SqFt Documented | Avg. List $/SqFt Documented | Avg. Sold $/SqFt Documented | Avg. Dom | Avg. CDOM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Closed | 3 | 283,900 | 94,633 | 279,900 | 93,300 | 0.98 | 1,496 | 63.37 | 62.47 | 83 | 83 |
| Overall | 3 | 283,900 | 94,633 | 279,900 | 93,300 | 0.98 | 1,496 | 63.37 | 62.47 | 83 | 83 |

**SELECTION CRITERIA FOR COMPARABLE PROPERTIES**

Specified listings from the following search:

## Comparison Based on Important Values

| MLS # | Address | Adjusted Price | Price Per Bedrooms | Price Per Baths F.H | Price Per SqFt Tax Record |
|---|---|---|---|---|---|
| 216037678 | 351 E Franklin Street " , Circleville OH | $93,000 | $31,000.00 | $84,545.45 | $55.76 |
| 216042391 | 239 E OHIO Street " , Circleville OH | $91,900 | $30,633.33 | $83,545.45 | $68.02 |
| 217002392 | 162 Watt Street " , Circleville OH | $68,500 | $34,250.00 | $62,272.73 | $46.60 |
| Average |  | $84,467 | $31,961.11 | $76,787.88 | $56.79 |
| Subject Has |  |  | 2 | 1.0 | 1,540 |
| Indicated Price |  |  | $63,922.22 | $76,787.88 | $87,460.56 |
| Average |  |  |  |  | $76,056.89 |