**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | Janet Heeter | : | Case No. 17-54260 |
| | | : | |
| | Debtor. | : | Chapter 13 |
| | | : | |
| | | : | Judge Preston |

**RESPONSE OF CREDITOR STATE OF OHIO DEPARTMENT OF**
**TAXATION TO DEBTOR'S AMENDED MOTION TO AVOID LIENS**
**[DOC. NO. 33]**

Now comes Attorney General Mike DeWine, acting through special counsel duly appointed as provided in Ohio Revised Code Section 109.08, on behalf of Creditor, the State of Ohio Department of Taxation ("DOT"), and responds to Debtor's Amended Motion to Avoid Judgment Liens ("Motion") [Docket No. 33]. For the reasons set forth more fully in the accompanying Memorandum in Support, the Debtor's Motion should be denied.

    Respectfully submitted,
    Mike DeWine
    Attorney General of Ohio

    /s/ Erin M. Dooley
    Charles A. Mifsud (0070498)
    Special Counsel to the Attorney General
    Brian M. Gianangeli (0072028)
    Erin M. Dooley (0089092)
    THE LAW OFFICE OF CHARLES MIFSUD, LLC
    6305 Emerald Parkway
    Dublin, Ohio 43016
    Telephone: (614) 389-6357
    Facsimile: (614) 389-2294
    Attorneys for State of Ohio,
    Department of Taxation

## **MEMORANDUM IN SUPPORT**

On August 9, 2017, Debtor filed a Motion seeking to avoid liens filed by DOT with the Pickaway County, Ohio Clerk of Courts as case numbers 2015SL1158, 2016SL0006, and 2016SL0068. DOT opposes the Motion on the grounds that the liens Debtor seeks to avoid are no longer valid and therefore cannot be secured claims subject to avoidance action under 11 U.S.C. 506(a). The liens are no longer valid because they have already been released. Debtor needs file the releases with the Pickaway County Clerk of Courts in order to clear the record with the court. Additional releases can be provided to Debtor if she is no longer in possession of the releases that were previously issued.

WHEREFORE, for the foregoing reasons, DOT asks that this Court deny Debtor's request to avoid the following liens of DOT filed with the Pickaway County Clerk of Courts: 2015SL1158, 2016SL0006, and 2016SL0068.

Respectfully submitted,
Mike DeWine
Attorney General of Ohio

/s/ Erin M. Dooley
Charles A. Mifsud (0070498)
Special Counsel to the Attorney General
Brian M. Gianangeli (0072028)
Erin M. Dooley (0089092)
THE LAW OFFICE OF CHARLES MIFSUD, LLC
6305 Emerald Parkway
Dublin, Ohio 43016
Telephone: (614) 389-6357
Facsimile: (614) 389-2294
Attorneys for State of Ohio,
Department of Taxation

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court on this 30th day of August, 2017, upon:

>Office of the US Trustee
>170 North High Street
>Suite 200
>Columbus, OH 43215
>
>Frank M Pees
>130 East Wilson Bridge Road
>Suite 200
>Worthington, Ohio 43085
>
>Justin C. Albright
>Rauser & Associates
>5 East Long St. Suite 300
>Columbus, OH 43215
>
>LeAnn E Covey
>The Law Offices of John D. Clunk, LPA
>4500 Courthouse Blvd, Suite 400
>Stow, OH 44224

and on the following by ordinary U.S. Mail addressed to:

>Janet Heeter
>521 E. Main St.
>Circleville, OH 4311
>
>Synchrony Bank
>c/o PRA Receivables Management, LLC
>PO Box 41021
>Norfolk, VA 23541

>/s/ Erin M. Dooley
>Erin M. Dooley (0089092)